IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GLEN SPIERS** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:04CV123-LG-RHW** |
| | § | |
| **COMMISSIONER OF SOCIAL SECURITY** | § | **DEFENDANT** |

**ORDER ADOPTING PROPOSED FINDINGS OF FACT AND
CONCLUSIONS OF LAW DENYING PLAINTIFF'S MOTION TO REVERSE**

This cause comes before the Court on the Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on February 14, 2007. Magistrate Judge Walker reviewed the Plaintiff's Motion to Reverse [14] the decision of the Commissioner of Social Security denying him benefits, and determined that Plaintiff had not shown that the decision should be reversed. Plaintiff did not file an objection to the Magistrate Judge's conclusions or recommendation. Therefore, after review of this matter, the Court, being duly advised in the premises, finds that said Proposed Findings of Fact and Conclusions of Law should be adopted as the opinion of this Court.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendation of United States Magistrate Judge Robert H. Walker entered in this cause on February 14, 2007 should be, and the same hereby is, adopted as the finding of this Court.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's Motion to Reverse [14] is **DENIED**.

**SO ORDERED AND ADJUDGED** this the 5th day of March 2007.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge