IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **GLEN SPIERS** | § | **PLAINTIFF** |
| | § | |
| **v.** | § | **CAUSE NO. 1:04CV123-LG-RHW** |
| | § | |
| **COMMISSIONER OF SOCIAL SECURITY** § | | **DEFENDANT** |

## JUDGMENT

This day this cause came on for hearing before the Court on Plaintiff's Motion to Reverse [14], the issues having been duly heard and considered and a decision having been duly rendered by separate Order;

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's Motion to Reverse [14] is **DENIED**.  Plaintiff's case is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 5th day of March 2007.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge